1  J. Paul Sizemore
   **Sizemore Taylor, LLP**
2  2101 Rosecrans Ave., Suite 5290
   El Segundo, CA 90245
3  Telephone: (310) 322-8800
   Fax: (310) 322-8811
4
   Attorneys for Plaintiffs
5

6

7

8

9             UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12

| | |
|---|---|
| 13 IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND 14 PRODUCT LIABILITY LITIGATION | **MDL NO. 1699** **District Judge: Charles R. Breyer** |
| 15 This Document Relates To: | |
| 16 *Nancy Jones v. Pfizer Inc* (05-4579 CRB) 17 | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| 18 *Vicky Garlett v. Pfizer Inc, Merck & Co., Inc.* (05-4920 CRB) | |
| 19 *Richard Weber and Hattie Weber v. Merck & Co., Inc. and Pfizer Inc* 20 (05-4921 CRB) | |
| 21 *Larry Vilmer and Nancy Vilmer v. Merck & Co., Inc., Pfizer Inc* 22 (05-4926 CRB) | |
| 23 *Rolland Schach and Francis Schach v. Merck & Co., Inc. and Pfizer Inc* 24 (05-4927 CRB) | |
| 25 *Richard Rupniewski and Sharon Rupniewski v. Merck & Co., Inc. and Pfizer Inc* 26 (05-4928 CRB) | |
| 27 *Barbara Goddard and John Goddard v. Pfizer Inc* 28 (05-5376 CRB) | |

-1-

1
2
*Maisie Cavanah and Richard Cavanah v. Pfizer Inc*
(05-5377 CRB)

3
4
*John Ryan and Anna Ryan v. Pfizer Inc*
(05-5378 CRB)

5
6
*Phillip Kanngiesser and Karen Kanngiesser v. Pfizer Inc*
(05-5379 CRB)

7
*Mary McKinney v. Pfizer Inc*
(05-5380 CRB)

8
9
*William Banning and Kimberly Banning v. Pfizer Inc*
(05-5381 CRB)

10
11
*Garland Schnack and Eileen Schnack v. Pfizer Inc*
(06-0431 CRB)

12
13
*Octavia Gahagans, et al. v. Merck & Co., Inc. and Pfizer Inc*
(06-0440 CRB)

14
15
*Helene Hancock, et al. v. Merck & Co., Inc. and Pfizer Inc*
(06-0444 CRB)

16
17
*Sharon Walker v. Pfizer Inc*
(06-0449 CRB)

18
19
*Larry Redman v. Merck & Co., Inc. and Pfizer Inc*
(06-0463 CRB)

20
21
*Robert Madere and Kathy Madere v. Pfizer Inc and Merck & Co., Inc.*
(06-3670 CRB)

22
23
*Marsha S. Taylor, et al. v. Pfizer Inc*
(06-3813 CRB)

24
*Linda Rinche and Paul Rinche v. Pfizer Inc*
(06-4832 CRB)

25
26
*Jerry D. Crane and Connie M. Crane v. Pfizer Inc*
(06-6778 CRB)

27
28
*Matthew Champagne, et al. v. Pfizer Inc*
(06-7405 CRB)

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

| | |
|---|---|
| 1 | *Annetta Papa v. Pfizer Inc* (06-7894 CRB) |
| 2 | |
| 3 | *Ferrell Heeter and Judy Heeter v. Pfizer Inc* (06-7895 CRB) |
| 4 | *Ronald D. Sanburg, et al. v. Pfizer Inc* (06-7896 CRB) |
| 5 | |
| 6 | *Dale D. Anderson v. Pfizer Inc and Merck & Co., Inc.* (07-0358 CRB) |
| 7 | |
| 8 | *Elizabeth Streich, et al. v. Pfizer Inc* (07-0468 CRB) |
| 9 | *Owen Stevens and Geneva Stevens, his wife v. Pfizer Inc* |
| 10 | (07-1862 CRB) |
| 11 | *Dennis Sosebee and Louise Sosebee, his wife v. Pfizer Inc* |
| 12 | (07-1865 CRB) |
| 13 | *Render Godfrey and Beverly Godfrey, his wife v. Pfizer Inc* |
| 14 | (07-1867 CRB) |

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice as to all parties**, with each side bearing its own attorneys' fees and costs.

DATED: Jan 20, 2010    By: _____

**SIZEMORE TAYLOR, LLP**
2101 Rosecrans Ave., Suite 5290
El Segundo, CA 90245
Telephone: (310) 322-8800
Fax: (310) 322-8811

*Attorneys for Plaintiffs*

-3-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1
2  DATED: 1/28, 2010      By: /s/
3
                                **DLA PIPER LLP (US)**
                                1251 Avenue of the Americas
4                               New York, New York 10020
                                Telephone: (212) 335-4500
5                               Facsimile: (212) 335-4501

6                               *Defendants' Liaison Counsel*

7

8  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

9

10 Dated: Feb. 2, 2011

11                              Hon. Charles R. Breyer
                                United States District Court

-4-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**