1 | J. Paul Sizemore
**Sizemore Taylor, LLP**
2 | 2101 Rosecrans Ave., Suite 5290
El Segundo, CA 90245
3 | Telephone: (310) 322-8800
Fax: (310) 322-8811
4
Attorneys for Plaintiffs
5

6

7

8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

12

13 | IN RE: BEXTRA AND CELEBREX
MARKETING SALES PRACTICES AND
14 | PRODUCT LIABILITY LITIGATION

**MDL NO. 1699**
**District Judge: Charles R. Breyer**

15 | This Document Relates To:

16 | *Nancy Jones v. Pfizer Inc*
(05-4579 CRB)
17

**STIPULATION AND ORDER OF**
**DISMISSAL WITH PREJUDICE**

18 | *Vicky Garlett v. Pfizer Inc, Merck & Co., Inc.*
(05-4920 CRB)

19 | *Richard Weber and Hattie Weber v. Merck &*
*Co., Inc. and Pfizer Inc*
20 | (05-4921 CRB)

21 | *Larry Vilmer and Nancy Vilmer v. Merck &*
*Co., Inc., Pfizer Inc*
22 | (05-4926 CRB)

23 | *Rolland Schach and Francis Schach v. Merck &*
*Co., Inc. and Pfizer Inc*
24 | (05-4927 CRB)

25 | *Richard Rupniewski and Sharon Rupniewski v.*
*Merck & Co., Inc. and Pfizer Inc*
26 | (05-4928 CRB)

27 | *Barbara Goddard and John Goddard v. Pfizer*
*Inc*
28 | (05-5376 CRB)

-1-

1

2   *Maisie Cavanah and Richard Cavanah v. Pfizer Inc*
    (05-5377 CRB)
3
    *John Ryan and Anna Ryan v. Pfizer Inc*
4   (05-5378 CRB)

5   *Phillip Kanngiesser and Karen Kanngiesser v. Pfizer Inc*
6   (05-5379 CRB)

7   *Mary McKinney v. Pfizer Inc*
    (05-5380 CRB)
8
    *William Banning and Kimberly Banning v. Pfizer Inc*
9   (05-5381 CRB)
10
    *Garland Schnack and Eileen Schnack v. Pfizer Inc*
11  (06-0431 CRB)
12
    *Octavia Gahagans, et al. v. Merck & Co., Inc. and Pfizer Inc*
13  (06-0440 CRB)
14
    *Helene Hancock, et al. v. Merck & Co., Inc. and Pfizer Inc*
15  (06-0444 CRB)
16
    *Sharon Walker v. Pfizer Inc*
17  (06-0449 CRB)

18  *Larry Redman v. Merck & Co., Inc. and Pfizer Inc*
19  (06-0463 CRB)

20  *Robert Madere and Kathy Madere v. Pfizer Inc and Merck & Co., Inc.*
21  (06-3670 CRB)

22  *Marsha S. Taylor, et al. v. Pfizer Inc*
    (06-3813 CRB)
23
    *Linda Rinche and Paul Rinche v. Pfizer Inc*
24  (06-4832 CRB)

25  *Jerry D. Crane and Connie M. Crane v. Pfizer Inc*
26  (06-6778 CRB)

27  *Matthew Champagne, et al. v. Pfizer Inc*
    (06-7405 CRB)
28

-2-

1    *Annetta Papa v. Pfizer Inc*
     (06-7894 CRB)

2

3    *Ferrell Heeter and Judy Heeter v. Pfizer Inc*
     (06-7895 CRB)

4    *Ronald D. Sanburg, et al. v. Pfizer Inc*
     (06-7896 CRB)

5

6    *Dale D. Anderson v. Pfizer Inc and Merck &*
     *Co., Inc.*
     (07-0358 CRB)

7

8    *Elizabeth Streich, et al. v. Pfizer Inc*
     (07-0468 CRB)

9    *Owen Stevens and Geneva Stevens, his wife v.*
     *Pfizer Inc*

10   (07-1862 CRB)

11   *Dennis Sosebee and Louise Sosebee, his wife v.*
     *Pfizer Inc*

12   (07-1865 CRB)

13   *Render Godfrey and Beverly Godfrey, his wife*
     *v. Pfizer Inc*

14   (07-1867 CRB)

15

16       Come now Plaintiffs in the above-entitled actions and Defendants, by and through the

17   undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

18   stipulate to the dismissal of these actions **with prejudice as to all parties**, with each side bearing

19   its own attorneys' fees and costs.

20

21       DATED: Jan 20 2010    By:

22                            **SIZEMORE TAYLOR, LLP**
                              2101 Rosecrans Ave., Suite 5290

23                               El Segundo, CA 90245
                              Telephone: (310) 322-8800

24                               Fax: (310) 322-8811

25                             *Attorneys for Plaintiffs*

26

27

28

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1

2  DATED: 1/28, 2010     By: /s/

3                                    **DLA PIPER LLP (US)**
                                     1251 Avenue of the Americas
4                                    New York, New York 10020
                                     Telephone: (212) 335-4500
5                                    Facsimile: (212) 335-4501

6                                    *Defendants' Liaison Counsel*

7

8  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
   IT IS SO ORDERED.**

9

10  Dated: Feb. 2, 2011

11                                   Hon. Charles R. Breyer
                                     United States District Court

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE